**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

      v.                      Case No. 12-CR-247

**GUILLERMO LANDEROS-MARTINEZ,**

       **Defendant.**

# ORDER

Before the Court is a recommendation from Magistrate Judge Aaron E. Goodstein that a motion to suppress evidence brought in the above-captioned case by the Defendant, Guillermo Landeros-Martinez ("Martinez") be denied.

The Court has read the recommendation and all other relevant material and concludes that the motion should be denied.

Wherefore it is the judgment of the Court that Martinez's motion to suppress evidence is **DENIED**.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2013.

                                        **BY THE COURT:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**